UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2695 MCE KJN P<br><br><br>FINDINGS & RECOMMENDATIONS |

By order filed March 14, 2017, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On April 21, 2017, plaintiff was granted a ninety day extension of time. On July 25, 2017, plaintiff was granted an additional thirty days in which to file an amended complaint, and cautioned that no further extensions of time would be granted. Thirty days from that date have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 8, 2017

/robb2695.fta.ext

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE