UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>    Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY, et al.,<br><br>    Defendants. | No. 2:16-cv-2695 MCE KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On November 6, 2017, he filed a motion to dismiss, requesting that this action be dismissed without prejudice. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 24) is granted; and

2. This action is dismissed without prejudice.

Dated: November 20, 2017

/robb2695.59

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1